In the Matter of the Claim of RANDY RAYNOR, Claimant, v LANDMARK CHRYSLER et al., Appellants, et al., Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Decided October 26, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal granted.

In the Matter of DANIEL WILLIAMS, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Submitted August 16, 2010; decided October 26, 2010

Motion for leave to appeal granted. Motion for poor person relief granted.